NO. 07-09-0355-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 27, 2010
_____

TONY PINONES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 58,218-E; HONORABLE DOUGLAS R. WOODBURN, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Tony Pinones, filed Notice of Appeal to appeal a judgment of conviction for the offense of aggravated assault with a deadly weapon and sentence of five years incarceration in the Institutional Division of the Texas Department of Criminal Justice entered against him in cause number 58,218-E in the 108th District Court of Potter County, Texas. However, appellant has now filed a motion to dismiss his appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the

motion is hereby granted and the appeal is dismissed.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue.



Mackey K. Hancock
Justice


Do not publish.